Joshua Trigsted WSBA#42917
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-247-4126 ext. 1
866-927-5826 facsimile
Josh@TLGConsumerLaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JASON WEINER,** | Case No.: 2:19-cv-00407-SAB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| **SUTTELL AND HAMMER, P.S.,** | |
| Defendant. | |

Pursuant to 41(a)(1)(A)(i), **NOTICE IS HEREBY GIVEN** that Plaintiff hereby files with the Clerk of the District Court of Washington, Eastern District, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, with each side to bear their own costs and fees.

Dated this 13th day of January, 2020

By:   s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

NOTICE OF VOLUNTARY
DISMISSAL
Case No. 2:19-cv-00407-SAB

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126

1