FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON WEINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTELL and HAMMER, P.S.,<br><br>　　　　Defendant. | NO. 2:19-cv-00407-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 3. Plaintiff dismisses the matter, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i). Neither an answer nor a motion for summary judgment has been filed.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Notice of Voluntary Dismissal, ECF No. 3, is **ACCEPTED and ENTERED into the record**.

　　　2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

　　　**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

　　　**DATED** this 13th day of January, 2020.

_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^** 1